

SWARTZ SWIDLER, LLC
ATTORNEYS AT LAW

1101 Kings Highway North
Suite 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420
Fax: (856) 685-7417
mmiller@swartz-legal.com

January 7, 2021

**VIA ECF**
Hon. Joel Schneider, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    **Re:**    **D. Kress v. Fulton Bank, N.A.**
             **Civil Action No. 1:19-cv-18985-CDJ-JS**

Dear Judge Schneider:

    My firm represents Plaintiff in the above-referenced matter. With Defendant's consent, I write to request an extension of Plaintiff's deadline to file her Motion for Preliminary Approval of Collective and Class Action Settlement from January 11, 2021 to February 1, 2021.

    The proposed settlement is complex and resolves a hybrid collective and class action involving employees from several states. The Parties' counsel recently conferred regarding disagreements over the language of the draft formal settlement agreement and documents to be filed with Plaintiff's forthcoming motion for preliminary approval, including the class notice and claim form. The Parties believe they will be able to resolve any remaining disputes and finalize the aforementioned documents if the requested extension is provided.

    Plaintiff thanks the Court for its time and consideration.

                                              Respectfully Submitted,

                                              **SWARTZ SWIDLER LLC**

                                              *s/Matthew Miller*
                                              Matthew D. Miller, Esq.

                                                                 SO ORDERED:

cc: Louisa Johnson, Esq., *counsel for Defendant, via ECF*     Joel Schneider, U.S.M.J.
    Robert Szyba, Esq., *counsel for Defendant, via ECF*        January 8, 2021

—— New Jersey · Pennsylvania ——