IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| D. KRESS, *individually and on behalf of those similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>FULTON BANK, N.A.,<br><br>    Defendant. | No: 1:19-cv-18985 |

**NAMED PLAINTIFF'S MOTION
FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT
AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS AND
COLLECTIVE**

For the reasons set forth in the attached Memorandum of Law in Support of this Motion, Plaintiffs respectfully request this Court enter an Order:

1. Granting Preliminary Approval of the Settlement Agreement and Release;

2. Provisionally certifying the Settlement Collective under Section 216(b) of the Fair Labor Standards Act for the purposes of effectuating the settlement;

3. Provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(a) and 23(b)(3) for purposes of effectuating the settlement;

4. Appointing Swartz Swidler, LLC as Class Counsel;

5. Appointing Plaintiff Kress as Class Representative;

6. Appointing Epiq as the Administrator of the settlement;

7. Approving the proposed Notices of Settlement and Claim Form and directing their distribution in accordance with the Settlement Agreement;

8. Approving the language of Claim Form and Check Opt-In Form as sufficient under 29 U.S.C. § 216(b) to constitute consent to join the lawsuit for settlement purposes only and to release the Released Claims; and

1

9. Scheduling a Final Settlement Fairness Hearing.

          Respectfully submitted,

          */s/ Matthew Miller*
          Matthew D. Miller, Esq.
          Justin L. Swidler, Esq.
          Richard S. Swartz, Esq.
          **SWARTZ SWIDLER, LLC**
          1101 Kings Highway North, Ste. 402
          Cherry Hill, NJ 08034
          Ph: (856) 685-7420
          Fax: (856) 685-7417

Date: February 11, 2021