IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| D. KRESS, individually and on behalf of all those similarly situated, | : : : | |
| *Plaintiff*, | : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 19-18985 |
| FULTON BANK, N.A., | : : | |
| *Defendant*. | : | |

**ORDER**

AND NOW, this 11th day of May, 2021, it is hereby ORDERED that Plaintiff's "Motion for Preliminary Approval of Class and Collective Settlement and Provisional Certification of Settlement Class and Collective" (ECF No. 31) is REFERRED to the Honorable Matthew J. Skahill, United States Magistrate Judge, for a Report and Recommendation.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.