IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| D. KRESS, *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>FULTON BANK, N.A.,<br><br>Defendant. | No: 1:19-cv-18985-CDJ-MJS |

**NAMED PLAINTIFF'S UNOPPSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT, ATTORNEY'S FEES AND COSTS, SERVICE AWARDS, AND SETTLMENT ADMINISTRATION FEES**

For the reasons set forth in the attached Memorandum of Law in Support of this Motion, Plaintiffs respectfully request this Court enter an Order:

1. Granting final approval of the Parties' Settlement with respect to the proposed Fed. R. Civ. P. 23 classes alleging claims under New Jersey law;

2. Granting final approval of the Parties' Settlement with respect to the FLSA collective action;

3. Approving Epiq Class Action & Claims Solutions, Inc.'s requested fees;

4. Approving Legal Services of New Jersey as the *cy pres* recipient.

5. Approving Class Counsel's request for attorneys' fees in the amount of $333,333.33 (one-third of the Maximum Settlement Amount);

6. Approving Class Counsel's request for reimbursement of litigation expenses in the amount of 400.00;

7. Approving Named Plaintiff Kress's and Opt-in Plaintiff Stephen's requests for Service Payments, totaling $5,500.

8. An Order dismissing the matter on the merits, with prejudice, in accordance with the

terms of the Settlement Agreement and Release.

                Respectfully submitted,

                */s/ Matthew Miller*
                Matthew D. Miller, Esq.
                Justin L. Swidler, Esq.
                Richard S. Swartz, Esq.
                **SWARTZ SWIDLER, LLC**
                1101 Kings Highway North, Ste. 402
                Cherry Hill, NJ 08034
                Ph: (856) 685-7420
                Fax: (856) 685-7417

Date: October 19, 2022